**No. 65964.**—Ronco Corporation *v.* United States, protests 60/27910, etc. (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of metal magnetos and parts thereof the same in all material respects as those the subject of *Ronco Corporation* v. *United States* (44 Cust. Ct. 253, C.D. 2184), the claim of the plaintiff was sustained.

**No. 65965.**—M. E. Dey & Company, Inc. *v.* United States, protest 59/6796 (Milwaukee).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of hydraulic veneering presses similar in all material respects to those the subject of *W. C. Sullivan & Company* v. *United States* (46 Cust. Ct. 31, C.D. 2229), the claim of the plaintiff was sustained.